| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HALL, JANET C | 2. Court or Organization<br><br>U.S. District Court (D.CT) | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | Federal Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY 15 P 1: 48   FINANCIAL DISCLOSURE OFFICE   RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Self-employed lawyer |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | 5/05 - 5/07 Board Meeting, Pentagon City, Virginia (hotel, food) |
| 2. | Federal Bar Council | 3/09 Reception, New Haven, Connecticut |
| 3. | Federal Bar Council | 5/02 Dinner, New York, New York |
| 4. | Federal Bar Council | 11/22 Luncheon, New York, New York |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. Education | Student Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Israel 12 Yr 5th Indiv. Var Rate Issue Bond(9/1/06) | A | Interest | | | Sold | 9/01 | J | | |
| 2. State of Israel Bond - Exp. 1/01/13 | A | Interest | K | T | | | | | |
| 3. Templeton Dragon Fund | B | Dividend | K | T | | | | | |
| 4. Templeton Global Small Cos Growth Fd C1 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Mutual Qualified FD CL 2 Mutual Series | D | Dividend | M | T | | | | | |
| 6. Chartlinks, L.P. | | None | J | W | | | | | |
| 7. Strips-tprp Pmt on 10.625 2015 T/Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 8. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 9. Vanguard Windsor II Fund | D | Dividend | L | T | Char. Gift | 12/28 | J | | |
| 10. Templeton Growth Fund Class A | | None | | | Sold | 3/14 | J | B | |
| 11. Mutual Discovery Fund CL2 | B | Dividend | K | T | | | | | |
| 12. ▮▮▮▮P.C. (Note) | | None | M | W | | | | | |
| 13. Partnership Interest in Whitney-Humphrey Assc. (Note) | A | Distribution | J | W | | | | | |
| 14. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 15. Cash Value Life Insurance | C | Interest | K | T | | | | | |
| 16. Cash Value Life Insurance | C | Interest | L | T | | | | | |
| 17. Excelsior Value & Rest. Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royce Total Return Fund | D | Dividend | M | T | | | | | |
| 19. Schwab US Treas Money Fund | A | Interest | K | T | | | | | |
| 20. Sound Shore Fund | D | Dividend | M | T | | | | | |
| 21. Thornburg Value Fund CL.A | C | Dividend | L | T | | | | | |
| 22. Westport Select Cap.CL.R | E | Dividend | M | T | Char. Gift | 12/28 | J | | |
| 23. Schwab Value Advantage Money Fund | A | Dividend | J | T | | | | | |
| 24. Oakmark Select | D | Dividend | M | T | | | | | |
| 25. Wells Fargo Adv S/C Value Z | E | Dividend | M | T | Char. Gift | 12/28 | J | | |
| 26. Wells Fargo Adv S/C Value Z | | | | | Partial Sale | 4/12 | K | E | |
| 27. Citizens Bank | A | Interest | K | T | | | | | |
| 28. Muhlenkamp Fund (Note) | B | Dividend | M | T | Char.Gift | 12/28 | J | | |
| 29. Oakmark Select Fund | C | Dividend | L | T | Partial Sale | 3/14 | J | B | |
| 30. AMR Corp. | | None | J | T | | | | | |
| 31. Artisan Int'l Small Cap | E | Dividend | M | T | | | | | |
| 32. Old Mutual Barrow Hanley Value Fund (Note) | F | Dividend | M | T | | | | | |
| 33. Calamos Growth Fund - A | D | Dividend | N | T | Buy | 1/06 | J | | |
| 34. Calamos Growth Fund - A | | | | | Buy | 5/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Third Ave. Real Est. Value Fund | A | Dividend | J | T | | | | | |
| 36. Third Ave. International Value Fund | A | Dividend | J | T | | | | | |
| 37. Buffalo Sm. Cap Fund | D | Dividend | M | T | Partial Sale | 4/12 | K | D | |
| 38. T. Rowe Price MidCap Growth | C | Dividend | L | T | | | | | |
| 39. Ariel Apprec. Fund | | None | | | Sold | 2/14 | J | A | |
| 40. T. Rowe Price Cap.App.Fund | B | Dividend | K | T | | | | | |
| 41. Marsico Growth Fund | | None | L | T | Buy | 1/06 | K | | |
| 42. iShare MSCI Canada Index Fund | A | Dividend | K | T | | | | | |
| 43. Fidelity Cash Acct. | A | Interest | J | T | | | | | |
| 44. Bank of America | A | Interest | J | T | | | | | |
| 45. Vanguard Global Equity Fund | C | Dividend | L | T | | | | | |
| 46. Vanguard Int'l. Growth Fund | D | Dividend | L | T | | | | | |
| 47. iShares MSCI Brazil Free Index | A | Dividend | K | T | Partial Sale | 1/17 | J | D | |
| 48. iShares MSCI Brazil Free Index | | | | | Partial Sale | 11/20 | K | D | |
| 49. iShares TR S&P Latin America | A | Dividend | L | T | Partial Sale | 1/17 | J | D | |
| 50. iShares TR S&P Latin America | | | | | Partial Sale | 11/20 | K | D | |
| 51. Schwab Bank | A | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   T. Rowe Price Growth Stock Fund | B | Dividend | L | T | | | | | |
| 53.   Davis NT Venture Fd - A | A | Dividend | L | T | Buy | 1/06 | J | | |
| 54.   Davis NT Venture Fd - A | | | | | Buy | 3/06 | K | | |
| 55.   Artisan Mid-Cap Value FD | B | Dividend | K | T | Buy | 2/14 | J | | |
| 56.   Dodge & Cox Int'l. Stock | A | Dividend | K | T | | | | | |
| 57.   Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 58.   Wells Fargo Adv. Small/Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 59.   Storage Inn Ltd. | | None | L | W | | | | | |
| 60.   Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |
| 61.   Limited Partner, Cummings Drive Family L.P. | B | Dividend | K | T | | | | | |
| 62.   Marisco International | C | Dividend | L | T | Buy | 1/06 | L | | |
| 63.   iShares INC MSCI EMU Index Fund | A | Dividend | J | T | Buy | 11/27 | J | | |
| 64.   iShares TR S&P Global Energy Sector Index Fund | | None | | | Buy | 1/17 | J | | |
| 65.   iShares TR S&P Global Energy Sector Index Fund | | None | | | Sold | 11/20 | J | A | |
| 66.   iShares Trust DJ Select | A | Dividend | K | T | Buy | 11/20 | K | | |
| 67.   Vanguard Energy Fund | A | Dividend | | | Buy | 1/17 | K | | |
| 68.   Vanguard Energy Fund | | | | | Sold | 11/20 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard European Fund | A | Dividend | K | T | Buy | 11/27 | K | | |
| 70. iShares MSCI PacEx Jap PAC | B | Dividend | K | T | Buy | 11/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:
Line 12: Passive income from sub-chapter S corporation.
Line 13: The appraisal date is 12/20/96.
Line 28: Lines 33 and 38 of 2005 Report combined.
Line 32: Funds renamed.
Lines 66 - 68 of '05 Report: No longer reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date _May 14, 2007_

FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544